MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-31-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE DELISTON

v.

SAPITOS, NYC, CAJUN, NY, LLC, PHILLIP KUSZEL

Civil Action No. 16 cv 3171 (ALC)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties that the above-captioned action is hereby dismissed in its entirety, with prejudice, and with each party bearing its own costs and attorneys' fees. This Stipulation may be executed in counterparts. Facsimile copies of signatures shall be deemed valid and binding to the same extent as original signatures.

Dated: October 3, 2016

VIK PAWAR

*/s/ Vik Pawar*

By: Vik Pawar
20 Vesey Street, Suite 1210
New York, NY 10007

MEDENICA LAW PLLC

*/s/ Olivera Medenica*

By: Olivera Medenica
3 Columbus Circle, 15th floor
New York, New York 10019
Tel: (212) 785-0070
Fax: (646) 514-5302
Email: OMedenica@Medenicalaw.com

**SO ORDERED:**

*/s/ Andrew L. Carter*

**U.S.D.J.**

10-31-16